UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BOSSERMAN, | : |
| Plaintiff | : No. 3:16-CV-0091 |
| vs. | : (Judge Nealon) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : |
| Defendant | : |

## ORDER

**AND NOW, THIS 25TH DAY OF OCTOBER, 2017**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff, David Bosserman, Disability Insurance Benefits and Supplemental Security Income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration;

4. Judgment is **ENTERED** in favor of Plaintiff and against Defendant; and

5. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**